AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,

v.

GEM STONE, INC., an Illinois Corporation,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08CV4421

JUDGE: JUDGE KENDALL

MAGISTRATE JUDGE NOLAN

JFB

TO: (Name and Address of Defendant)

GEM STONE, INC., an Illinois Corporation
c/o: JEFFERY HEATH, Registered Agent
2309 Honeysuckle
Lindenhurst, IL  60046

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

-------------------------------------
(By) DEPUTY CLERK

August 6, 2008
-------------------------------------
Date

BY DEPUTY CLERK

| | | |
|---|---|---|
| **ClientCaseID:** ROBERT<br>**Law Firm ID:** ASHER | <br>*194813A* | **CaseReturnDate:** 9/6/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08CV4421**

I, **KEITH R. BOCKELMANN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **GEM STONE, INC.**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY  8/11/08

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** WHITE  **Age** 51
**Height** 5'10"  **Build** MEDIUM  **Hair** GREY

LOCATION OF SERVICE  **2309 HONEYSUCKLE**
**LINDENHURST, IL, 60046**

Date Of Service  8/11/08    Time of Service  3:09 PM

KEITH R. BOCKELMANN     8/12/2008
**SPECIAL PROCESS SERVER**
P.E.R.C. 0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00